UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

FLORETTE DORVIL
                                                    : Bankruptcy No. 15-17964SR
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: December 14, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

TIMOTHY ZEARFOSS  ESQ
143-145 LONG LANE
UPPER DARBY PA 19082-

FLORETTE DORVIL
1124 CORNELL AVENUE
DREXEL HILL,PA.19026