United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17964-sr
Florette Dorvil                                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Dec 14, 2016
                             Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
```
db            +Florette Dorvil,    1124 Cornell Avenue,    Drexel Hill, PA 19026-3218
13628407      +BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA 93062-5170
13725557       BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa FL 33631-3785
13628408      +CAPITAL ONE,    PO BOX 71107,    CHARLOTTE, NC 28272-1107
13628409      +CITI CARDS/CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
13655885       Capital One Bank (USA), N.A.,    Po Box 71083,    Charlotte, NC  28272-1083
13729404       Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
13628411      +MACYS,   PO BOX 183083,    COLUMBUS, OH 43218-3083
13628412      +PFCU,   1600 ARCH ST,    PHILA, PA 19103-2016
13672352      +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Phila., PA 19154-1095
13628413      +SPS,   PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
13628414      +TIMOTHY ZEARFOSS, ESQ,    143-145 LONG LANE,    UPPER DARBY, PA 19082-3116
13665551       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:11     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10     U.S. Attorney Office,
               Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13628410      +E-mail/Text: collections@drexel.edu Dec 15 2016 01:32:50     DREXEL UNIV,
               LOAN REPAYMENT & COLLECTIONS,    STE 222, 3141 CHESTNUT ST,    PHILA, PA 19104-2816
                                                                                        TOTAL: 4

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13722345*     +TIMOTHY ZEARFOSS ESQ,    143-145 LONG LANE,    UPPER DARBY PA 19082-3116
                                                                         TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Florette  Dorvil tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

FLORETTE DORVIL

                                          : Bankruptcy No. 15-17964SR
                    Debtor(s)              : Chapter 13


ORDER


AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


**Date: December 14, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

TIMOTHY ZEARFOSS  ESQ
143-145 LONG LANE
UPPER DARBY PA 19082-

FLORETTE DORVIL
1124 CORNELL AVENUE
DREXEL HILL,PA.19026