# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE PENNSYLVANIA EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Florette Dorvil <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 15-17964 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5, and index same on the master mailing list.

    Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734